**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,   :   No. 37 EAL 2016
                                :
          Respondent          :
                                :   Petition for Allowance of Appeal from
                                :   the Order of the Superior Court
          v.                    :
                                :
                                :
KEVIN WILLOCK,                :
                                :
          Petitioner          :

## ORDER

**PER CURIAM**

      **AND NOW**, this 9th day of May, 2016, the Petition for Allowance of Appeal is **DENIED**.

      Justice Donohue did not participate in the consideration or decision of this matter.